IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MANDINGO PETTWAY, : | |
|     Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION 14-0495-WS-C |
| : | |
| CYNTHIA STEWART, *et al.*, : | |
| Defendants. : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Mandingo Pettway recover nothing and the claims made against Defendants Cynthia Stewart and Nautical King[1] are hereby **DISMISSED** with prejudice.

**DONE** this 5th day of April, 2016.

<u>s/WILLIAM H. STEELE</u>
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The complaint names Nautical King as the Classification Specialist at G.K. Fountain Correctional Facility ("Fountain") and a defendant in this action.  (Doc. 1 at 5).  Defendants' pleadings identify Nanciata King as the Classification Supervisor at Fountain.  (*See* Docs. 12, 13).  Given that "Nautical King" has been used in the caption of this case and has yet to be changed by the clerk's office, the court will continue to use the name "Nautical King" in its order and judgment but notes that the correct identification of Defendant King is Nanciata King.